# In the United States Court of Federal Claims

No. 24-1253C
(Filed: October 22, 2024)
**NOT FOR PUBLICATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KAYLIN E. JOHNSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff, being incarcerated, is required to pay the Court's filing fee. *See* 28 U.S.C. §§ 1915, 1926. Prisoners can arrange to pay it in installments rather than by prepayment by submitting an application to proceed *in forma pauperis*, a certified trust fund account statement, and a Prisoner Authorization Form. *See* 28 U.S.C. § 1915(b); *see also Skinner v. Switzer*, 562 U.S. 521, 535 (2011). Plaintiff has neither paid the fee nor submitted the required documentation. Plaintiff has submitted a handwritten motion to waive the filing fee, but that relief is prohibited by statute, and the motion does not contain the information called for in the necessary documents. *See* Motion (ECF 8). Accordingly, Plaintiff's motion is hereby **DENIED**.

On August 19, 2024, this Court ordered Plaintiff to pay the filing fee or submit the required documentation by September 18. *See* Order (ECF 5). The order was returned as undeliverable. *See* Docket Entry (ECF 7). It therefore appears that Plaintiff has not paid the filing fee, submitted a proper IFP motion, or updated the Court as to his whereabouts.

Out of an abundance of caution, this case is **STAYED** until **December 23, 2024** to enable Plaintiff to provide his current address and either pay the filing fee or submit a proper request to proceed *in forma pauperis*. The relevant documents are attached to this order. The government is **ORDERED** (1) to serve this Order on Plaintiff if the government is aware of his address, and (2) to file a status report no later than **November 1, 2024** certifying either that it has served Plaintiff or that it has been unable to locate him.

If Plaintiff fails to comply with this order, this action will be dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge